**Mountain States Consulting, Inc.**

P.O. Box 6
Hamilton, Mt 59840

Phone #  (406) 363-4355
Fax #     (406) 363-4078

# Invoice

| DATE | INVOICE # |
|---|---|
| 08/29/12 | 11517 |

| BILL TO |
|---|
| Nicholas Knopick |
| ▓▓▓▓▓▓▓▓▓ |
| Midway, AR 72651 |

| | TERMS | DUE DATE |
|---|---|---|
| | | 08/29/12 |

| ITEM | DESCRIPTION | QTY. | RATE | AMOUNT |
|---|---|---|---|---|
| Reg Fees | Registration Fees for motorhome | 1 | 307.50 | 307.50 |
| CC processing | Processing Fee | | 5.00% | 15.38 |
| Additional | Additional Vehicle Charge for adding motorhome to LLC | | 100.00 | 100.00 |
| Mailing | Charge for mailing registration | | 5.90 | 5.90 |

MOUNTAIN STATES CONSULTING INC
1193 NORTH CREEK RD
CORVALLIS MT 59828
PHONE (406) 363-4355

Merchant ID: 0420053

Sale

MASTERCARD    Entry Method: Manual

Total:          $ 428.78

8/29/12         12:15:51
Inv#: 006002
Approval: Online    Batch#: 001575

Customer Copy
THANK YOU
PLEASE COME AGAIN

| It Has Been A Pleasure Serving You | | **Total** | $428.78 |
|---|---|---|---|
| | | **Payments/Credits** | $0.00 |
| Web Site | E-mail | **Balance Due** | $428.78 |
| www.rvtax.com | sales@rvtax.com | | |

(Exhibit "B")