UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-cv-81363-MIDDLEBROOKS

NICHOLAS KNOPICK,

    Plaintiff,

v.

JAYCO, INC.,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

THIS CAUSE comes before the Court on Defendant's Motion to Compel Plaintiff's Tax Returns, filed January 26, 2016 ("Motion to Compel"). (DE 21). Also before the Court is Plaintiff's combined Response and Motion for Protective Order, filed February 1, 2016. (DE 27; DE 28)[1].

This case arises out of a breach of warranty claim for a defective RV (the "RV") that Defendant allegedly sold to Plaintiff. Defendant, through its Motion to Compel, asks this Court to enter an order compelling Plaintiff to produce his personal tax returns as well as the tax returns of Montana Freedom Rider, LLC—an organization in which Plaintiff is an owner—from 2011-2015. Defendant argues these records are relevant because they will "reflect Plaintiff's use/non-use of the RV, and whether any use was characterized as commercial, business, or personal." (DE 21 at 4). According to Defendant, this information is particularly relevant because the RV was purchased by Montana Freedom Rider, LLC, and the Limited Warranty ("Limited Warranty") upon which Plaintiff brings his breach of warranty claim does not cover the RV when used for commercial purposes.[2] Plaintiff responds that, as

---

[1] Although the Response and Motion for Protective Order are listed as two docket entries, they were filed as a single document.
[2] The Limited Warranty exception further states that "it shall be concluded that the RV has been used for commercial and/or business purposes if the RV owner or user files a tax form claiming any business or commercial tax benefit related to the RV, or if the RV is purchased, registered or titled in a

he indicated in his initial responses to Defendant's discovery requests, neither he nor Montana Freedom Rider, LLC claimed the RV on their tax returns from 2011-2015. (DE 27 at 2). Because a representation by Plaintiff—or a company in which he is an owner—on a tax return might affect whether the RV is covered under the warranty, I find the discovery of those tax returns to be relevant and, therefore, discoverable. *See Maddow v. Procter & Gamble Co.*, 107 F.3d 846, 853 (11th Cir. 1997). Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Compel Plaintiff's Tax Returns (DE 21) is **GRANTED**. Plaintiff's Motion for Protective Order (DE 28) is **DENIED**. **By February 19, 2016,** Plaintiff Nicholas Knopick is **ORDERED to produce the following:**

1. Complete copies of Plaintiff's 2011-2015 individual federal and state income tax returns, schedules and backup;

2. Complete copies of 2011-2015 federal and/or state income tax returns, schedules and backup filed on behalf of Montana Freedom Rider, LLC;

3. Complete copies of any 2011-2015 federal and/or state income tax returns, schedules and backup filed by Plaintiff on behalf of any other entity, Limited Liability Company, Partnership, S. Corp., or C. Corp in which Plaintiff holds an ownership interest.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _4_ day of February, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

---

business name." (DE 21 at 5) (quoting DE 1-3 at 12).