IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION, FLORIDA

NICHOLAS KNOPICK,

        Plaintiff,

vs.                              CASE NO.: 9:15-CV-81363

JAYCO, INC.,

        Defendant.
_____/

## COUSINS' MOTION TO WITHDRAW

     COMES NOW, COUSINS LAW, APA and Patrick S. Cousins ("Cousins"), and moves this Honorable Court to grant his motion withdraw as counsel of record. As grounds, the undersigned states that irreconcilable differences have arisen between Cousins and the Plaintiff. Specifically, Plaintiff insists on following his own judgment in responding to matters in this case even when it is adverse to Cousins professional advice and adverse to Plaintiff's best interest. Plaintiff has failed to cooperate with Cousins thus creating a dysfunctional attorney client relationship. This case is set for trial during the two week trial period commencing May 31, 2016. The only outstanding motion is Plaintiff's motion for extension of time to comply with the court's February 4, 2016 order compelling the Plaintiff's tax return.

     WHEREFORE, COUSINS LAW, APA and Patrick S. Cousins requests this Court enter an order relieving COUSINS LAW, APA and Patrick S. Cousins of any further

responsibility of representing the Plaintiff in the above referenced matter, and allow Plaintiff a 60-day stay form any further filings to secure other counsel because Plaintiff has advised that he is having surgery within days of this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Cousins' Motion to Withdraw was furnished e service to the parties and via e-service, email, and US mail to Plaintiff this **February 18, 2016**, to:

Via Certified Mail return receipt requested
Mr. Nicholas Knopick
P.O. Box 122
Midway Arkansas 72651

Nicodemus007@centurytel.net

W. Scott Powell, Powell Law, LLP, 399 Carolina Avenue, Suite 100, Winter Park, FL 32789; Via email: spowell@powell-law.net

Patrick S. Cousins, Esquire
COUSINS LAW, APA
319 Clematis Street, Suite 701
West Palm Beach, FL  33401
(561) 835-1727
(561) 835-0766 (FAX)

BY: _____
Patrick S. Cousins
Florida Bar #845469
13-02054