IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:15-cv-81363

NICHOLAS KNOPICK,

    **Plaintiff,**

v.

JAYCO, INC.,

    **Defendant.**

_____/

## DEFENDANT'S RESPONSE TO COUSINS' MOTION TO WITHDRAW

COMES NOW, the Defendant, Jayco, Inc., by and through its undersigned counsel and files this Response to Cousins' 2/18/16 Motion to Withdraw [Doc. 35] and to Plaintiff's 2/25/16 Supplement [Doc. 39], and states as follows:

Defendant has no objection to Cousins' request to withdraw as counsel for Plaintiff, provided such withdrawal does not serve as a basis for any further extensions for Plaintiff to comply with existing deadlines, which this Court already once extended due to Plaintiff's failure to comply with his initial Expert Disclosure deadline. See, Doc. 26.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and via U.S. Mail to: Patrick S. Cousins, Esq., Cousins Law, APA,

1

319 Clematis Street, Suite 701, West Palm Beach, FL 33401 cuzlaw@yourlemon.com.

                                                W. SCOTT POWELL, ESQUIRE
Florida Bar Number:  798886
POWELL LAW, LLP
399 Carolina Avenue, Suite 100
Winter Park, FL  32789
(407) 647-5551
(407) 647-5553
Attorney for Defendant
Spowell@powell-law.net