IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION, FLORIDA

NICHOLAS KNOPICK,

    Plaintiff,

vs.    CASE NO.: 9:15-CV-81363

JAYCO, INC.,

    Defendant.

_____/

**COUSINS' MOTION FOR EXPEDITED RULING ON**
**COUSINS' MOTION TO WITHDRAW**

    COMES NOW, COUSINS LAW, APA and Patrick S. Cousins ("Cousins"), and moves this Honorable Court for an expedited ruling on their motion to withdraw as counsel of record and as grounds the undersigned states the following:

1. Since Cousins' filed its motion to withdraw on February 18, 2016 and supplemental motion to withdraw on February 25, 2016, the Plaintiff has become even more recalcitrant.

2. Copies of Cousins' motions to withdraw have been provided to Plaintiff and Defendant.

3. Plaintiff has acknowledged receipt of all motions to withdraw and has not filed any response to same.

4. Jayco does not object to Cousins' motions to withdraw.

WHEREFORE, COUSINS LAW, APA and Patrick S. Cousins requests this Court to expedite an order relieving COUSINS LAW, APA and Patrick S. Cousins of any further responsibility of representing the Plaintiff in the above referenced matter, and allow Plaintiff a 30-day stay from any further filings to recover from surgery.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Cousins' Motion to Withdraw was furnished e service to the parties and via e-service, email, and US mail to Plaintiff this **March 3, 2016**, to:

Via Certified Mail return receipt requested
Mr. Nicholas Knopick
P.O. Box 122
Midway Arkansas 72651
Nicodemus007@centurytel.net

W. Scott Powell, Powell Law, LLP, 399 Carolina Avenue, Suite 100, Winter Park, FL 32789; Via email: spowell@powell-law.net

Patrick S. Cousins, Esquire
COUSINS LAW, APA
319 Clematis Street, Suite 701
West Palm Beach, FL  33401
(561) 835-1727
(561) 835-0766 (FAX)

BY: _/s/ Patrick S. Cousins_____
Patrick S. Cousins
Florida Bar #845469
13-02054