IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:15-cv-81363

NICHOLAS KNOPICK,

    Plaintiff,

v.

JAYCO, INC.,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO COUSINS' MOTION FOR EXPEDITED RULING ON MOTION TO WITHDRAW**

COMES NOW, the Defendant, Jayco, Inc., by and through its undersigned counsel and files this Response to Cousins' 3/3/16 Motion For Expedited Ruling On Cousins' Motion To Withdraw [Doc. 42], and states as follows:

1.    Defendant has no objection to Cousins' original, supplemental and now his expedited request to withdraw as counsel for Plaintiff, but Defendant does object to Plaintiff receiving a "30 day stay from any further filings" and/or any additional extensions for Plaintiff in this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of

1

electronic filing to the following and via U.S. Mail to: Patrick S. Cousins, Esq., Cousins Law, APA, 319 Clematis Street, Suite 701, West Palm Beach, FL 33401 cuzlaw@yourlemon.com.

/s/ W. Scott Powell
W. SCOTT POWELL, ESQUIRE
Florida Bar Number: 798886
POWELL LAW, LLP
399 Carolina Avenue, Suite 100
Winter Park, FL 32789
(407) 647-5551
(407) 647-5553
Attorney for Defendant
Spowell@powell-law.net